■ MARY WALTERS, Appellant, v. ST. MATHEWS PARISH, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Onondaga Trial Term dismissing plaintiff's complaint on motion by defendant at the close of plaintiff's case, in a negligence action.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ FRANCIS E. REYNOLDS, Respondent, v. GREAT AMERICAN INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Oswego Trial Term the parties having stipulated a trial without a jury, for plaintiff in an action under a collision insurance policy.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, ex rel. JOHN RAPACKI, Respondent, against WALTER B. MARTIN, as Warden of Attica Prison, et al., Appellants.— Order reversed upon the law, writ of habeas corpus dismissed, and relator remanded to the custody of the Warden of Attica Prison. Memorandum: The sentence imposed in this case was correct. The dismissal of the appeal in *People* v. *Askew* (3 A D 2d 984) was subsequently vacated and motion for reargument granted (4 A D 2d 853). Thereafter the judgment of conviction was reversed upon other grounds (5 A D 2d 756). Upon reconsideration so much of our decision in 3 A D 2d 984, as stated that the punishment there imposed " does not constitute a 'sentence'" is withdrawn. All concur. (Appeal from an order of Wyoming County Court remanding relator to the custody of the Commissioner of Correction of New York City, Attica Prison, to be returned to the Court of General Sessions of New York for further proceedings.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ ROBERT E. HINCHEY, as Administrator of the Estate of JOHN VENTURINI, Deceased, Appellant, v. ORVILLE E. SELLERS et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and question certified. Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ REGIS J. PETELL et al., as Administrators of the Estate of DOUGLAS P. PETELL, Deceased, Appellants, v. ORVILLE E. SELLERS et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and question certified. Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ ARTHUR GOODRICH et al., as Trustees under a Pension Trust Agreement for Employees of Dunkirk Printing Co., Inc., Respondents, v. JOHN HANCOCK MUTUAL INSURANCE COMPANY, Appellant.— Motion for reargument denied, with $10 costs. Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ In the Matter of JOHN HAYWOOD, Petitioner, against CRAIG COLONY et al., Respondents.— Order entered March 12, 1958, modified by adding the following: That the respondent on or before June 10, 1958, shall (1) serve upon petitioner a copy of charges prepared in conformity with the memorandum herein, and (2) fix a date not later than June 30, 1958, for the trial of such charges. In the event of the failure of the respondent to so proceed, the charges shall be dismissed and the petitioner reinstated to his former position with salary from the date of separation from service. All concur. Present — Kimball, J. P., Williams, Bastow and Goldman, JJ.

■ MARVIN M. MEYER et al., Respondents, v. CUSTOM MANOR HOMES, INC., Appellant.— Appeal dismissed, without costs, upon stipulation.

■ TOWN OF NEWFANE et al., Respondents, v. MERCHANTS MUTUAL CASUALTY COMPANY et al., Appellants.— Appeals dismissed, without costs, upon stipulation.